UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. v. JAREZ BARON   Crim No.: 14-23 (JLL)

## PETITION FOR WRIT OF HABEAS CORPUS

1. JAREZ BARON, DOB: 11/22/1987, SBI#65723050, is now confined at Bergen County Jail.

2. JAREZ BARON, DOB: 11/22/1987, SBI#65723050 will be required at the United States District Court in **Newark, New Jersey** for a **plea hearing on Wednesday, August 3rd at 11:00am** before **Honorable Jose L. Linares** U.S. District Judge, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED:   July 28, 2016
         Newark, NJ

_____
Margaret Ann Mahoney
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 7/29/16

_____
Honorable Jose L. Linares
United States District Judge
Newark, NJ

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Bergen County Jail
WE COMMAND YOU that you have the body of

JAREZ BARON, DOB: 11/22/1987, SBI#65723050,

now confined at Bergen County Jail, brought to the **United States District Court, in Newark, New Jersey** on **Wednesday, August 3rd at 11:00am for a plea hearing before Honorable Jose L. Linares**

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

   WITNESS the Honorable Jose L. Linares
   United States District Judge
   Newark, New Jersey

DATED: 7/29/16

                    WILLIAM T. WALSH
                    Clerk of the U.S. District Court
                    for the District of New Jersey

                    Per: _____
                         Deputy Clerk