PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jarez Baron                                   Cr.: 14-00023-002
                                                                PACTS #: 67713

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/21/2016

Original Offense:   Count One: Conspiracy To Distribute Controlled Substance, 21:846=CD.F

Original Sentence: 40 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, Gang Restriction Court Ordered, Substance Abuse Testing, Special Assessment, Gang Associate/Member, Alcohol Treatment

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/15/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1                      The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

                       On 3/15/2019, the offender tested positive for Alcohol and Marijuana. Laboratory results confirmed a positive test for Marijuana only.

U.S. Probation Officer Action:

USPO will increase urine screen testing and if he has another positive drug screen, he will be referred to drug treatment.

Respectfully submitted,

By: Kitanya J. Williams /*KV*/
    U.S. Probation Officer
Date: 03/27/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/22/19
Date