PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jarez Baron  Cr.: 14-00023-002
PACTS #: 67713

Name of Sentencing Judicial Officer: THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/21/2016

Original Offense: Count One: Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: 40 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, Gang Restriction Court Ordered, Substance Abuse Testing, Special Assessment, Gang Associate/Member, Alcohol Treatment

Type of Supervision: Supervised Release    Date Supervision Commenced: 05/15/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.'** |
| | On May 16, 2020, the offender was questioned by the Sparta Police Department regarding a verbal dispute. No arrests were made. The offender failed to inform the U.S. Probation Office of his contact with law enforcement. |

U.S. Probation Officer Action:

The U.S. Probation Office requests that no action be taken at this time, given the offender was not arrested. The U.S. Probation Office will increase supervision at this time.

On June 18, 2020, the U.S. Probation Office confronted Baron regarding his contact with law enforcement. At first, he denied his contact with police. The undersigned advised Baron they had a copy of the police report and he replied that he had forgotten the incident. Baron noted he rented an Air B&B in Sparta to shoot a music video, even though the police report states he was having a party. Baron denied consuming any alcohol, but admitted there was alcohol present and others were drinking.

Prob 12A – page 2
Jarez Baron

Respectfully submitted,

*Laura M. Kellogg*
By: Laura M. Kellogg *SAO*
U.S. Probation Officer

---

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office).

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

6/29/2020
_____
Date